Afshin Afsharimehr
BLACKMORE LAW PLC
2828 N. Central Ave
10th Floor
Phoenix, AZ 85004
Arizona State Bar No. 031107
Fax: 855-744-4419
E-Mail: afshin@blackmorelawplc.com
Telephone: 602-562-0996
Attorney for Plaintiff

Melanie V. Pate (State Bar No. 017424)
Lewis Roca Rothgerber Christie LLP
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Direct Dial: 602.262.5318
E-mail: mpate@lewisroca.com
Attorney for Defendant Arizona CVS Stores, L.L.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daimeon Mosley,<br><br>    Plaintiff,<br><br>v.<br><br>Arizona CVS Stores, LLC,<br><br>    Defendant. | No. CV-20-01934-PHX-DJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Daimeon Mosley and Defendant Arizona CVS Stores, LLC stipulate to the dismissal of this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

1

Respectfully Submitted,

/s/ Afshin Afsharimehr
Afshin Afsharimehr
*Counsel for Plaintiff*

/s/ Melanie V. Pate (with permission)
Melanie V. Pate
*Counsel for Defendant*

Dated: August 25, 2021