# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daimeon Mosley, | No. CV-20-01934-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona CVS Stores LLC, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 13), filed on August 25, 2021,

**IT IS ORDERED** approving the Stipulation (Doc. 13) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 25th day of August, 2021.

Honorable Diane J. Humetewa
United States District Judge